IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT L. QUINN                                                   PLAINTIFF

V.                  CIVIL NO. 3:14-cv-03008-MEF

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                DEFENDANT

## JUDGMENT

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE. The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.

IT IS SO ORDERED this 17th day of July, 2015.

                                                         /s/ *Mark E. Ford*
                                                         HONORABLE MARK E. FORD
                                                         UNITED STATES MAGISTRATE JUDGE